UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 17-108 ADM/FLN |
| Plaintiff, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| v. | 21 U.S.C. § 853(a) |
| | 21 U.S.C. § 853(p) |
| JACKY XIONG, a/k/a Jay | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With Intent to Distribute Methamphetamine)

On or about May 28, 2014, in the State and District of Minnesota, the defendant,

**JACKY XIONG,**

did unlawfully, knowingly, and intentionally, possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

SCANNED
APR 19 2017
U.S. DISTRICT COURT MPLS

United States v. Jacky Xiong

If any forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY     FOREPERSON